14 F.3d 599
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 David M. WILLIAMS, Plaintiff-Appellant,
v.
John C. NORTH, II, individually and as Associate Judge for
the Circuit Court for Talbot County and the Second Judicial
Circuit for the State of Maryland; Talbot County, Maryland,
a/k/a The County Council of Talbot County, a municipal body
corporate and politic; James Wise, individually and as
Associate Judge for the Circuit Court for Caroline County
and the Second Judicial Circuit for the State of Maryland;
Caroline County, Maryland, a/k/a The Board of County
Commissioners for Caroline County, a municipal body
corporate and politic; Donaldson C. Cole, Jr., individually
and as Associate Judge for the Circuit Court for Cecil
County and the Second Judicial Circuit for the State of
Maryland; Cecil County, Maryland, a/k/a The Board of County
Commissioners for Cecil County, a municipal body corporate
and politic; Clayton C. Carter, individually and as
Associate Judge for the Circuit Court of Queen Anne's County
and the Second Judicial Circuit for the State of Maryland;
Queen Anne's County, a/k/a The Board of County Commissioners
for Queen Anne's County, Maryland, a municipal body
corporate and politic; George B. Rasin, Jr., individually
and as Associate Judge for Kent County and Chief Judge of
the Second Judicial Circuit for the State of Maryland;
Jennifer Bodine; Philip C. Foster; Waller S. Hairston;
Gail Handly; Jeri Baker; Joan B. Turner; Chesapeake
Publishing Corporation, a Delaware Corporation, Defendants-Appellees.
 No. 93-1735.
 United States Court of Appeals, Fourth Circuit.
 Submitted Dec. 16, 1993.
Decided Jan. 5, 1994.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore, No. CA-85-3088-K; Frank A. Kaufman, Senior District Judge.
 David M. Williams, appellant pro se.
 Julia Melville Freit, Office of the Atty. Gen. of Maryland, Baltimore, MD, David Randolph Thompson, Cowdrey, Thompson & Karsten, P.A., Easton, MD, George C. Neir, Denton, MD, H. Norman Wilson, Jr., Elkton, MD, Alvin Ira Frederick, Eccleston & Wolf, Baltimore, MD, and Patrick E. Thompson, Grasonville, MD, for appellees.
 D.Md.
 AFFIRMED.
 Before HALL and NIEMEYER, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Williams v. North, No. CA-85-3088-K (D.Md. Nov. 31, 1988; Dec. 27, 1990; May 7, 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.